# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| PAUL R. VIGIL,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>STATE OF UTAH et al.,<br><br>　　　　　Defendants. | **MEMORANDUM DECISION &**<br>**DISMISSAL ORDER**<br><br>Case No. 2:16-CV-137-CW<br><br>District Judge Clark Waddoups |

　　　　In an Order dated March 8, 2017, (Doc. No. 17), the Court gave Plaintiff until June 6, 2017, to file an amended complaint. To date, Plaintiff has not complied. He instead submitted correspondence suggesting that he had mailed the amended complaint but that the Court had never received it and that he was looking into why. The Court now has not heard from him in over a year.

　　　　IT IS THEREFORE ORDERED that, because Plaintiff has failed to comply with the Court's order and has failed to prosecute this case, *see* DUCivR 41-2, Plaintiff's complaint is DISMISSED without prejudice. This action is CLOSED.

　　　　DATED this 9th day of August, 2018.

　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　JUDGE CLARK WADDOUPS
　　　　　　　　　　　　　　　United States District Court